UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| CREDIT MARKETS REAL ESTATE CORP., | ) | 3:09-CV-0144-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 10, 2010 |
| | ) | |
| DCS FURNITURE CONSULTING, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The law firm of Lionel Sawyer & Collins has filed a motion to withdraw as counsel for defendants DCS Furniture Consulting, LLC and Argent Custom Furniture, LLC (#25). No opposition was filed. Therefore, the motion to withdraw as counsel (#25) is **GRANTED**.

This proceeding remains **STAYED** pursuant to the filing of bankruptcy by DCS Furniture Consulting, LLC (#24). The District Court has ruled that the claims against the defendants are sufficiently intertwined that the bankruptcy stay applies to all parties to this action. *Id.* Thirty (30) days after the stay is lifted in this action, defendants shall file a substitution of counsel. Defendants are advised that as a general rule, a party may not proceed without counsel on behalf of artificial entities. 28 U.S.C. § 1654.

**IT IS FURTHER ORDERED** that a copy of this order and all documents filed until defendants obtain counsel shall be served on the representatives of defendants via regular mail at the following addresses:

> Mr. Michael Silverman
> Mr. Doron Silverman
> DCS Furniture Consulting
> Argent Custom Furniture
> 3317 Exposition Place
> Los Angeles, CA 90018

        Mr. Michael Silverman
        Mr. Doron Silverman
        DCS Furniture Consulting
        Argent Custom Furniture
        Post Office Box 7251
        Los Angeles, CA 90007

**IT IS SO ORDERED.**

                LANCE S. WILSON, CLERK

      By:_____/s/_____
              Deputy Clerk